**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Stephanie Hope VonCannon and Stephen Sorgee,
Defendants,

Of whom Stephanie Hope VonCannon is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-002752

———————————

Appeal From Greenville County
Alvin D. Johnson, Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-298
Submitted May 22, 2015 – Filed June 18, 2015

———————————

**AFFIRMED**

———————————

John Brandt Rucker, of Brandt Rucker Attorney at Law,
of Greenville, for Appellant.

Jonathan Ashley Neal, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

**PER CURIAM:**  Stephanie Hope VonCannon appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve VonCannon's counsel.

**AFFIRMED.**[1]

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.